**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**MIDLAND-ODESSA DIVISION**

**DATASCRIPTION LLC,**

Plaintiff,

v.

**META PLATFORMS, INC.,**

Defendant.

Case No. 7:26-CV-00183-DC-DTG

**JURY TRIAL DEMANDED**

# SCHEDULING ORDER

Pursuant to Rule 16, Federal Rules of Civil Procedure, the Court **ORDERS** that the following schedule will govern deadlines up to and including the trial of this matter:

| Deadline | Item |
|---|---|
| 8/10/2026 | File Rule 26F Report |
| 8/10/2026 | The Parties shall file a motion to enter an agreed Scheduling Order. If the parties cannot agree, the parties shall submit a separate Joint Motion for entry of Scheduling Order briefly setting forth their respective positions on items where they cannot agree. |
| 8/5/2026 | Plaintiff serves preliminary infringement contentions in the form of a chart setting forth where in the accused product(s) each element of the asserted claim(s) are found. Plaintiff shall also identify the earliest priority date (i.e. the earliest date of invention) for each asserted claim and produce: (1) all documents evidencing conception and reduction to practice for each claimed invention, and (2) a copy of the file history for each patent in suit |
| 8/19/2026, 2pm | Initial Pretrial Conference |
| 9/28/2026 | Defendant serves preliminary invalidity contentions in the form of (1) a chart setting forth where in the prior art references each element of the asserted claim(s) are found, (2) an identification of any limitations the Defendant contends are indefinite or lack written description under section 112, and (3) an identification of any claims the Defendant contends are directed to ineligible subject matter under section 101. Defendant shall also produce (1) |

| | |
|---|---|
| | all prior art referenced in the invalidity contentions, and (2) technical documents, including software where applicable, sufficient to show the operation of the accused product(s). |
| 10/13/2026 | Parties exchange claim terms for construction. |
| 10/26/2026 | Parties exchange proposed claim constructions. |
| 11/2/2026 | Parties disclose extrinsic evidence. The parties shall disclose any extrinsic evidence, including the identity of any expert witness they may rely upon with respect to claim construction or indefiniteness. With respect to any expert identified, the parties shall identify the scope of the topics for the witness's expected testimony. With respect to items of extrinsic evidence, the parties shall identify each such item by production number or produce a copy of any such item if not previously produced. |
| 11/9/2026 | Deadline to meet and confer to narrow terms in dispute and exchange revised list of terms/constructions. |
| 11/16/2026 | Defendant files Opening claim construction brief, including any arguments that any claim terms are indefinite. |
| 12/7/2026 | Plaintiff files Responsive claim construction brief. |
| 12/21/2026 | Defendant files Reply claim construction brief. |
| 1/4/2027 | Plaintiff files a Sur-Reply claim construction brief. |
| 1/7/2027 | Parties submit Joint Claim Construction Statement. |
| 1/11/2027 | Parties submit optional technical tutorials to the Court and technical advisor (if appointed). |
| 1/21/2027 | Markman Hearing at 9:00 a.m. |
| 1/20/2027 | Fact Discovery opens; deadline to serve Initial Disclosures per Rule 26(a). |
| 3/3/2027 | Deadline to add parties. |
| 3/17/2027 | Deadline to serve Final Infringement and Invalidity Contentions. After this date, leave of Court is required for any amendment to infringement or invalidity contentions. This deadline does not relieve the parties of their obligation to amend if new information is identified after initial contentions. |
| 5/12/2027 | Deadline to amend pleadings. A motion is not required unless the amendment adds patents or patent claims. (Note: This includes amendments in response to a 12(c) motion). |
| 7/21/2027 | Deadline for the first of two meet and confers to discuss significantly narrowing the number of claims asserted and prior art references at issue. Unless the parties agree to the narrowing, |

| | |
|---|---|
| | they are ordered to contact the Court to arrange a teleconference with the Court to resolve the disputed issues. |
| 8/18/2027 | Close of Fact Discovery. |
| 8/25/2027 | Opening Expert Reports. |
| 9/22/2027 | Rebuttal Expert Reports. |
| 10/13/2027 | Close of Expert Discovery. |
| 10/20/2027 | Deadline for the second of two meet and confers to discuss narrowing the number of claims asserted and prior art references at issue to triable limits. If it helps the parties determine these limits, the parties are encouraged to contact the Court for an estimate of the amount of trial time anticipated per side. The parties shall file a Joint Report within 5 business days regarding the results of the meet and confer. |
| 10/27/2027 | Dispositive motion deadline and Daubert motion deadline. |
| 11/10/2027 | Serve Pretrial Disclosures, jury instructions, exhibits lists, witness lists, discovery and deposition designations). |
| 11/24/2027 | Serve objections to pretrial disclosures/rebuttal disclosures. |
| 12/1/2027 | Serve objections to rebuttal disclosures; file motions in limine. |
| 12/8/2027 | File Joint Pretrial Order and Pretrial Submissions jury instructions, exhibits lists, witness lists, discovery and deposition designations); file oppositions to motions in limine |
| 12/15/2027 | Deadline to meet and confer regarding remaining objections and disputes on motions in limine. |
| 11/24/2027 | Parties to contact Court to confirm their pretrial conference and trial dates. |
| 01/07/2028 | File joint notice identifying remaining objections to pretrial disclosures and disputes on motions in limine. |
| 01/6/2028 | Final Pretrial Conference at 10:00 a.m. |
| 2/7/2028 | Jury Selection at 8:00 a.m. Trial to follow. |

**SIGNED** this 28th day of August, 2026.

DEREK T. GILLILAND
UNITED STATES MAGISTRATE JUDGE